UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12-CV-206 CAS |
| LAHONTAN, LLC, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on plaintiff's Motion to Proceed in Forma Pauperis. The Court has examined the CJA Form 23 Financial Affidavit submitted by plaintiff and finds that plaintiff qualifies for in forma pauperis status. Because plaintiff has already paid the filing fee in this case, the motion is moot with respect to proceeding in this action without prepayment of costs. The Court will grant the motion, however, because it may be relevant to service of process, future filings, or to any appeal. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED**. [Doc. 19]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue process to the defendant.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of August, 2012.