**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONNIE STEELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:12-CV-206 CAS |
| v. | ) | |
| | ) | |
| LAHONTAN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that plaintiff Connie

Steelman's action against defendant Lahontan, LLC is **DISMISSED**, without prejudice.

_____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   2nd   day of April, 2013.